FILED
HARRISBURG
OCT 0 3 2006
MARY E. D'ANDREA
Per_____
_____ CLERK
Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SANDRA L. FISCHER, | : |
| Plaintiff | : |
| | : No. 1:04-CV-2756 |
| v. | : |
| | : Judge Conner |
| CYNTHIA TRANSUE, SUSAN BELL, MARK SCHAU, MARY E. McDANIEL, and JOSEPH WOLINSKI, | : |
| | : Document Electronically Filed |
| Defendants | : |

## ORDER

AND NOW, this 3rd day of October, 2006, upon consideration of Defendants' Motion for Leave to Amend, it is hereby ORDERED that the motion is GRANTED. The Proposed Amended Answer is accepted and the clerk of courts is directed to docket the Proposed Amended Answer attached as Exhibit 2 to Defendants' Motion for Leave to Amend as the Amended Answer in this action.

_____
CHRISTOPHER C. CONNER
United States District Judge