# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SANDRA L. FISCHER** | : | CIVIL ACTION NO. 1:04-CV-2756 |
| **Plaintiff** | : | |
| | : | (Judge Conner) |
| v. | : | |
| **CYNTHIA TRANSUE, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 11th day of April, 2007, upon consideration of the motion for leave to file an amended brief in support (Doc. 63), filed by defendants Susan Bell and Mark Schau, it is hereby ORDERED that the motion (Doc. 63) is GRANTED as follows:

1. The Clerk of Court is directed to remove the proposed document (Doc. 64) from the docket.

2. Defendants are directed to re-file the document as an amended brief in support of their motions for summary judgment (Docs. 32, 33).


      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge